IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**PATRICK HENRY HRDLICHKA**                                                                    **PLAINTIFF**

V.                              **CASE NO. 5:25-CV-5185**

**BENTON COUNTY; CIRCUIT JUDGE JOHN R. SCOTT;**
**WILLIAM M. PRETTYMAN, III; RACHEL K. FREEMAN; and**
**KATIE L. FREEMAN**                                                                             **DEFENDANTS**

## ORDER

On September 17, 2025, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of Plaintiff Patrick Henry Hrdlichka's Complaint pursuant to 28 U.S.C. § 1915A and issued a Report and Recommendation ("R&R") (Doc. 8). In response, Mr. Hrdlichka filed Objections (Doc. 9), as well as a First Amended Complaint (Doc. 10) that purports to cure the deficiencies the Magistrate Judge identified in the R&R.

The Court has now performed a *de novo* review of the entire record, including the claims in the First Amended Complaint, and finds that the R&R is correct in all respects and applies with equal force to the claims in the original Complaint and the First Amended Complaint. Simply put: The federal court is not the correct forum to appeal state custody and visitation determinations—which is what Mr. Hrdlichka is trying to do here. This Court lacks subject matter jurisdiction over domestic relations proceedings. Mr. Hrdlichka clearly disagrees with the custody and visitation orders issued by the presiding domestic relations judge and sues the judge (for issuing the adverse orders), the county (for allowing the orders to be issued), his own attorney (for malpractice), the court-appointed guardian *ad litem* (for making recommendations Mr. Hrdlichka

disagrees with), and opposing counsel (whose representation of her clients was adverse to Mr. Hrdlichka's interests). The Objections are without merit and are **OVERRULED**.

**IT IS ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. The Motion for Service (Doc. 6) is **DENIED**, and the case is **DISMISSED**.

**IT IS SO ORDERED** on this 24th day of September, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE